IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BARBARA ANN SMITH,**

                              **PLAINTIFF**

vs.                                 **CIVIL ACTION NO. 4:08-cv-00100-SA-DAS**

                              **Pending Transfer to MDL-1699**
                              **(In re Bextra and Celebrex Marketing,**
                              **Sales Practices and Products**
                              **Liability Litigation)**

**PFIZER, INC., G.D. SEARLE, LLC,**
**PHARMACIA CORPORATION,**
**MONSANTO COMPANY,**
**CHRISTINE RANSOM, and**
**JOHN DOES 1 – 20,**

                              **DEFENDANTS**

## AGREED ORDER

THIS MATTER is before the court on the joint request of the parties for a stay of all proceedings, except for the Agreed Order dismissing Defendant Christine Ransom Parenton with prejudice, pending transfer to multidistrict litigation proceedings. The court finds that it is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that all proceedings in this case, except the Agreed Order dismissing Defendant Christine Ransom Parenton with prejudice, are hereby STAYED pending transfer of this case to the Northern District of California for consolidated and coordinated pre-trial proceedings as part of *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, MDL-1699.

This, the 8th day of August, 2008.

                              /s/ David A. Sanders
                              U. S. MAGISTRATE JUDGE

AGREED:

/s/James V. Doyle, Jr.
James V. Doyle, Jr. (MSB #100727)
Wiggins, Childs, Quinn & Pantazis, LLC
301 Nineteenth Street North
Birmingham, Alabama 35203

**Attorneys for Plaintiff**

/s/ Leigh D. Vernon
Walter T. Johnson (MSB #8712)
Leigh D. Vernon (MSB #99696)
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300
Jackson, Mississippi 39205-0650
Telephone: (601) 948-6470

**Attorneys for Defendants**