IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BARBARA ANN SMITH,** **PLAINTIFF**

vs. CIVIL ACTION NO. 4:08-cv-00100-SA-DAS

Pending Transfer to MDL-1699
(In re Bextra and Celebrex Marketing,
Sales Practices and Products
Liability Litigation)

**PFIZER, INC., et al.** **DEFENDANTS**

### AGREED ORDER

**THIS MATTER** is before the court on the joint agreement of the parties to dismiss this action with prejudice as to Defendant Christine Ransom Parenton only. The court finds that it is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action is dismissed with prejudice as to Defendant Christine Ransom Parenton only with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED**, this the 25th day of August, 2008.

/s/ Sharion Aycock
**U.S. DISTRICT COURT JUDGE**