1 Samuel Fisher
**Wiggins Childs Quinn & Pantazis, LLC**
2 301 Nineteenth Street North
Birmingham, AL 35203
3 Telephone: (205) 314-0516
Facsimile: (205) 254-1500
4 Email: jdoyle@wcqp.com

5 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 08-4282 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Barbara Ann Smith,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff and Defendants in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

//
//
//
//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

fees and costs.

DATED: 2/3/11     By: _____

**WIGGINS CHILDS QUINN & PANTAZIS, LLC**
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0516
Facsimile: (205) 254-1500

*Attorneys for Plaintiff*

DATED: 10/4/2011     By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 5, 2011

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**