1 | Samuel Fisher
**Wiggins Childs Quinn & Pantazis, LLC**
2 | 301 Nineteenth Street North
Birmingham, AL 35203
3 | Telephone: (205) 314-0516
Facsimile: (205) 254-1500
4 | Email: jdoyle@wcqp.com

5 | Attorneys for Plaintiff

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
13 | PRODUCT LIABILITY LITIGATION

**Case No.: 08-4282 CRB**

**MDL NO. 1699**
**District Judge:  Charles R. Breyer**

14

15 | Barbara Ann Smith,

16 | Plaintiff,

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

17 | vs.

18 | Pfizer Inc, et al.,

19 | Defendants.

20

21

22 | Come now the Plaintiff and Defendants in the above-entitled action, by and through the

23 | undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24 | stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

25 | //

26 | //

27 | //

28 | //

-1-

1  fees and costs.

2

3

4  DATED: __2/3/11__          By: _____

5

6  **WIGGINS CHILDS QUINN & PANTAZIS, LLC**
   301 Nineteenth Street North

7  Birmingham, Alabama 35203
   Telephone: (205) 314-0516

8  Facsimile: (205) 254-1500

9  *Attorneys for Plaintiff*

10

11 DATED: __10/4/2011__         By: _____

12

13 **DLA PIPER LLP (US)**
   1251 Avenue of the Americas
   New York, New York 10020

14 Telephone: (212) 335-4500
   Facsimile: (212) 335-4501

15

16 *Defendants' Liaison Counsel*

17

18

19 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

20

21 Dated: __Oct. 5, 2011__

22 Hon. Charles R. Breyer
   United States District Court

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE